## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE:   FERMIN SAUCEDO | ) | Case No. 10 B 26553 |
| | ) | |
| | ) | CHAPTER 13 |
| Debtor | ) | |
| | ) | Judge: John H Squires |
| | ) | |

### ORDER AVOIDING JUDGMENT LIEN

THIS MATTER coming to be heard on Debtor's Motion to Avoid the Judgment Lien of Calumet Flexicore Corporation;

THE COURT, after due notice having been given and hearing thereon, having been fully advised of the matter, herein;

IT IS HERBY ORDERED:

1. The Lien of Calumet Flexicore Corporation in the amount of approximately $12,628.00 plus attorney fees and costs is avoided.

Date: NOV - 3 2010

Judge: _____
Honorable Judge John H. Squires

Prepared by:

Cutler & Associates, LTD.
8430 Gross Point Road, 2nd Floor
Skokie IL  60077
847/673-8600